## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Truman Wiles, (Affiant) being duly sworn, declare and state:

1. I am a Police Officer for the City of Wichita Police Department (WPD) and am currently assigned to the United States Marshals Service (USMS) as a Task Force Officer (TFO). I have been employed by WPD since 2015 and have been on the USMS Fugitive Task Force as a TFO since 2021. As a Police Officer, I am required by the State of Kansas to attend at least 40 hours of continued education and training in law enforcement every year. In my time with WPD, I have attended several trainings to assist me in investigating several different types of crimes involving local, state, and federal laws.

2. The information in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a complaint for forfeiture for the following property:

    a. Taurus, Model PT92ATF, 9mm pistol, bearing serial number TG043200, with magazine;

    b. Bersa, .380 ACP, bearing serial number B02678;

    c. Walther Arms, .380 auto, bearing serial number WB02006; and

    d. Ammunition.

3. On February 10, 2023, I was assigned to the United States Marshals Fugitive Task Force and tasked with locating Brittany FLETCHER who had two arrest warrants issued for a supervised release violation and escape from custody.

4. A tip had come in that FLETCHER was staying at the Super 8 Motel located at 3741 N Rock Road in Wichita, Kansas.

5. The front desk confirmed that FLETCHER was staying in room #221.

6. The decision was made to enter room #221 in an attempt to locate FLETCHER.

7. Upon entry to room #221, Task Force Officers identified FLETCHER who was attempting to jump out of the second story window.

8. Task Force Officers also located a second occupant in the hotel room.

9. While clearing the hotel room, officers identified what appeared to be a digital scale with white crystal-like residue and a plastic baggie that contained approximately 2 grams of a white crystal like substance on the television stand.

10. Officers also observed approximately 10 grams of a green botanical substances underneath the southernmost bed.

11. Additionally, officers observed a red and white ammunition box on the nightstand between the two beds in the room.

12. Due to the observed narcotics, narcotics paraphernalia, and ammunition box, a state search warrant was obtained from Sedgwick County District Court Judge Debra Hernandez-Mitchell.

13. During the search of the room law enforcement additionally located methamphetamine on the nightstand between the two beds, 36 live .380 caliber bullets in the red and white ammo box on the nightstand, a glass bong on the table near the window, a blue bag which contained roughly 50 Ziploc plastic bags with white residue on them in the desk drawer, and a black digital scale with suspected methamphetamine residue on it in the drawer of the nightstand between the beds.

14. Additionally, officers located a black Bersa .380 handgun bearing serial number B02678 under a pillow on the southern most bed in the room. Also sitting on top of the southern most bed was a black backpack. Inside of this backpack officers located a plastic bag

containing 20 grams of methamphetamine, a plastic bag containing roughly 15 white and blue unknown suspected narcotic pills, a plastic bag containing 7grams of methamphetamine, three plastic bags containing 1 gram of methamphetamine, and a plastic bag containing roughly 10-15 suspected fentanyl pills. Also located in this backpack was Britney Fletcher's Kansas ID card.

15. Located between the mattress and box spring of the southern most bed were two handguns, a handgun magazine, and U.S. currency. The first handgun was found to be a Taurus PT94AF 9mm handgun bearing serial number TG043200. The second firearm was found to be a Walther Arms .380 handgun bearing serial number WB02006. The handgun magazine that was located between the mattresses was found to have multiple 9mm bullets in it, however, they were not counted.

16. The U.S. currency that was located between the mattresses was $482. This was found to be made up of twenty-one (21) $20 bills, one (1) $50 bill, one (1) $10 bill, and two (2) $1 bills. In Your Affiant's training and experience, he knows that drug dealers will often times have large amounts of U.S. currency in different denominations which they collect from drug transactions.

17. On March 2, 2020, Britney FLETCHER was convicted in District of Kansas Case 18-CR-10161 of one count of Theft of Mail and sentenced to 36 months of imprisonment with the United States Bureau of Prisons.

18. Based on the foregoing, I have probable cause to believe that the items identified in paragraph two, above, were used in or involved in violations of 18 U.S.C. § 922(g)(1). Accordingly, I have probable cause to believe that these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

_____
Truman Wiles
Task Force Officer
USMS

Subscribed and sworn to before me on this 30th day of September, 2024.

_____
Notary Public

My commission expires March 26th 2026

STEPHANIE NEAL
My Appointment Expires
March 26, 2026

4